JUDGE McMAHON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
E.A.,

                       Petitioner,

-against-

CYNTHIA BRANN, Commissioner, New York
City Department of Corrections;

                       Respondent.
------------------------------------------------------------ X

18-CV-_____

ORDER

18 CV 7603

VALERIE CAPRONI, United States District Judge:

     WHEREAS Petitioner moved for an ORDER allowing him to proceed anonymously and to file his exhibits in support of his petition under seal; and

     WHEREAS Petitioner's counsel, Joshua Norkin, has sought admission *pro hac vice* upon oral motion;

     IT IS HEREBY ORDERED that Petitioner may proceed anonymously in this matter, and may file his exhibits with redactions as necessary to further his anonymization, but only until the Assigned Judge in this matter has the opportunity to consider the propriety of the requested anonymization.

     IT IS FURTHER ORDERED that Petitioner's counsel, Joshua Norkin, is admitted *pro hac vice* in this matter, but must promptly submit his application's supporting materials as soon as they become available.

**SO ORDERED.**

Date: August 20, 2018
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**